## JAMES BREEDEN *v.* T. & W. A. ROBERTS.

**New Trial—Pleading—Newly Discovered Evidence.**
    A petition for a new trial should allege that new evidence set forth as a ground for a new trial was discovered after adjournment of the term at which the trial was had.

APPEAL FROM BOONE CIRCUIT COURT.

December 10, 1872.

OPINION BY JUDGE PRYOR:

The amendment filed cures the defect in the original petition. This amendment alleges that the evidence disclosed by the affidavit of Northcut was discovered after the adjournment of the term at which the trial was had.

The testimony however in the present case shows that Northcut gave to one of the plaintiffs in the original suit, who was at the

time engaged in prosecuting it, notice of what he knew in regard to the controversy, and this knowledge imparted to him by Northcut, was embodied in an affidavit filed during the term at which the judgment was rendered in order to sustain the motion for a new trial. This affidavit seems to have been lost, and in fact the discovery of testimony after the trial was not relied on, but withdrawn from the several grounds assigned. If, however, it appeared that the information derived from Northcut was obtained after the adjournment of Court, all he says in reference to the case is, that the appellant told him that he had borrowed money of the appellees and paid it back. This character of testamony would not authorize a new trial upon such an issue. The statement of Northcut is as favorable to the appellant as the appellees, and certainly different from the contents of the affidavit of the appellees on the subject. Nor does the statement of Finnell affect the merits of the controversy. The judgment awarding a new trial is reversed and cause remanded with directions to dismiss appellees petition.

*Fisks, for appellant.*

————, *for appellees.*